IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JIMMY DALE LOONEY,
ADC #129278                                                                                               PLAINTIFF

v.                                          4:09CV00455WRW/HLJ

RICKY SHOURD, et al.                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 12th day of August, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE